UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| POLARIS INDUSTRIES INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) No. _____ |
| v. | ) ) ) |
| ARCTIC CAT INC., a Minnesota Corporation, and ARCTIC CAT SALES INC., a Minnesota Corporation, | ) ) ) ) ) ) **Jury Trial Demanded** |
| Defendants. | ) ) ) |

## Complaint

This is a complaint for patent infringement. Plaintiff Polaris Industries Inc. ("Polaris") brings this action against Defendants Arctic Cat Inc. and Arctic Cat Sales Inc. (together, "Defendants") and state as follows.

## Parties

1. Polaris is a leading designer, manufacturer and marketer of recreational vehicles such as snowmobiles, motorcycles and off road vehicles, such as all-terrain vehicles and side-by-side all-terrain vehicles.

2. Polaris is a Delaware corporation having its principal place of business at 2100 Highway 55, Medina, Minnesota.

3. Defendant Arctic Cat Inc. is a Minnesota corporation having a principal place of business at 505 North Highway 169, Suite 1000, Plymouth, Minnesota 55441. Defendant Arctic Cat Sales Inc. is a Minnesota corporation having a principal place of business at 601 Brooks Avenue South, Thief River Falls, MN 56701.

## Jurisdiction

4. This action arises under the Patent Act, 35 U.S.C. § 271 *et seq*.

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Defendants. Defendants are residents of Minnesota and maintain offices and transact business within Minnesota.

7. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b). Defendants reside in this district. Upon information and belief, Defendants have committed acts of infringement in this district and have a regular and established place of business in this district.

## Count 1
### Claim for Patent Infringement of U.S. Patent No. 8,944,449

8. The allegations of paragraphs 1-7 are re-alleged as if fully set forth herein.

9. Polaris is the owner of United States Patent No. 8,944,449 ('449 patent), which issued on February 3, 2015. Polaris has owned the '449 patent for the entire period of Defendants' infringement.

10. Defendants have manufactured, used, sold, offered for sale, and/or imported side-by-side vehicles that infringe, literally and/or under the doctrine of equivalents, the

'449 patent. Upon information and belief, infringing products include Defendants' side-by-side vehicles with a sway bar having a middle portion positioned rearward of a rear end of the frame (and with the other claimed limitations) such as, for example without limitation, Wildcat Sport vehicles.

11. Polaris has provided notice in satisfaction of 35 U.S.C. § 287 by at least filing this complaint.

12. Polaris has been damaged by Defendants' infringement of the '449 patent and will continue to be damaged in the future unless Defendants are enjoined from infringing the '449 patent.

## **Prayer for Relief**

Polaris respectfully requests the following relief:

A. A judgment that Defendants have infringed the '449 patent;

B. A judgment and order requiring Defendants to pay all appropriate damages;

C. A judgment and order requiring Defendants to pay all costs, including disbursements;

D. A judgment and order requiring Defendants to pay pre-judgment and post-judgment interest;

E. A judgment and order requiring Defendants to pay attorney fees, if this case is exceptional as provided by 35 U.S.C. § 285;

F. Permanent injunctions against Defendants and their officers, agents, employees, attorneys, and all persons in active concert or participation with them, prohibiting infringement of the '449 Patent;

G. Such other and further relief that this Court may deem just and equitable.

## **Demand for a Jury Trial**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Polaris demands a trial by jury of all issues so triable.

           **Polaris Industries Inc.** *by counsel*

Dated: <u>November 16, 2015</u>   s/Dennis Bremer
           ALAN G. CARLSON
            Minnesota Bar No. 0014801
           DENNIS C. BREMER
            Minnesota Bar No. 0299182
           SAMUEL T. LOCKNER
            Minnesota Bar No. 0341095
           WILLIAM F. BULLARD
            Minnesota Bar No. 0391013
           CARLSON, CASPERS, VANDENBURGH,
           LINDQUIST & SCHUMAN, P.A.
           225 South Sixth Street, Suite 4200
           Minneapolis, Minnesota  55402
           (612) 436-9600 Telephone
           (612) 436-9605 Facsimile
           acarlson@carlsoncaspers.com
           dbremer@carlsoncaspers.com
           slockner@carlsoncaspers.com
           wbullard@carlsoncaspers.om