UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

POLARIS INDUSTRIES, INC.,
a Delaware Corporation,

        Plaintiff,

v.

ARCTIC CAT INC.,
a Minnesota Corporation, and
ARCTIC CAT SALES INC.,
a Minnesota Corporation,

        Defendants.

Civil No. 15-cv-04129 (JRT/TNL)
Civil No. 15-cv-04475 (JRT/TNL)

### ARCTIC CAT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '449 PATENT

Defendants Arctic Cat Inc. and Arctic Cat Sales Inc. ("Arctic Cat"), by and through their counsel of record, Fish & Richardson P.C., respectfully move this Court to enter a finding of non-infringement of United States Patent No. 8,944,449.  This motion is based upon the accompanying memorandum, the Declaration of Conrad A. Gosen, and the complete files and records in this action, including oral argument of counsel, and such other and further matters as this Court may consider.

Dated: July 20, 2018                                     FISH & RICHARDSON P.C.

                                                                 By: */s/ Joseph A. Herriges*
                                                                       John C. Adkisson (#266358)
                                                                       Joseph A. Herriges (#390350)
                                                                       Conrad A. Gosen (#0395381)
                                                                       Maria Elena Stiteler (#0398551)
                                                                       3200 RBC Plaza
                                                                       60 South Sixth Street
                                                                       Minneapolis, MN 55402
                                                                       Telephone: (612) 335-5070
                                                                       Facsimile: (612) 288-9696
                                                                       adkisson@fr.com; herriges@fr.com;
                                                                       gosen@fr.com; stiteler@fr.com

                                                      Attorneys for ARCTIC CAT INC. AND
                                                      ARCTIC CAT SALES INC.